**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**SLEP-TONE ENTERTAINMENT CORP.,**

    **Plaintiff,**

vs.                                                                    CASE NO. 5:11-cv-32/RS-CJK

**JOHNSON et al.,**

    **Defendants.**
_____/

## ORDER

In Response to my Order (Doc. 51), Plaintiff has represented (Doc. 52) that the following Defendants have operations or reside in districts outside of the Northern District:

| Defendant | Residence | District | Operations | District |
|---|---|---|---|---|
| Faye Johnson | Manatee | MD | Manatee | MD |
| Paradise Moon Entertainment Inc. | Manatee | MD | Manatee/Sarasota | MD |
| Hi-Note Entertainment Inc. | Saint Lucie | SD | Martin | SD |
| Robert Gerhart | Sarasota | MD | Hillsborough | MD |
| Toucan Entertainment | Manatee | MD | Manatee | MD |
| Andrew Couche | Manatee | MD | Manatee | MD |
| Patrice Couche | Manatee | MD | Manatee | MD |
| Outlaw Karaoke | Unknown | | Martin/Indian River et al. | SD |

| | | | | |
|---|---|---|---|---|
| David Nothstine | Unknown | | Martin/Indian River et al. | SD |
| Elizabeth Nothstine | Unknown | | Martin/Indian River et al. | SD |
| Mobile Music Express, LLC | Sarasota | MD | Sarasota/Manatee | MD |
| D & D's Pub Inc. | Manatee | MD | Manatee | MD |
| Daniel Branch | Manatee | MD | Manatee | MD |
| Chris Conrad | Lee | MD | Lee | MD |
| Brenda Breininger | Lee | MD | Lee | MD |
| Michael Angelo Mincieli | Collier | MD | Collier/Lee | MD |
| Mark Fleming | Unknown | | Lee | MD |
| Sean Corey Entertainment, LLC | Lee | MD | Lee/Collier | MD |
| Island Entertainment, LLC | Lee | MD | Lee/Collier | MD |
| Deanna Jennings | Collier | MD | Collier | MD |
| James Allen | Lee | MD | Lee | MD |
| Reuben Jenkins | Lee | MD | Lee | MD |
| Nicholas Sileo | Lee | MD | Lee | MD |
| Susan Badgely | Lee | MD | Lee | MD |
| Mona Lisa Italian Rest. and Pizza Lounger | Lee | MD | Lee | MD |
| Giuseppe Pirrone | Lee | MD | Lee | MD |
| Rosalia Pirrone | Lee | MD | Lee | MD |

**IT IS ORDERED**:

The clerk is directed to transfer these Defendants to the appropriate district.

**ORDERED** on July 8, 2011.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**